

**NUMBERS**
**13-14-00279-CV**
**13-14-00281-CV**
**13-14-00282-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SOUTHERN VANGUARD INSURANCE COMPANY

### On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Per Curiam Order

On May 15, 2014, Southern Vanguard Insurance Company filed petitions for writ of mandamus in each of the foregoing causes and filed a motion to consolidate these original proceedings. These petitions arise from cases that have been consolidated for pretrial proceedings pursuant to Texas Rule of Judicial Administration 13 and concern claims made against relator under homeowner's and commercial insurance policies

following two hailstorms that struck Hidalgo County in March and April 2012. *See* TEX. R. JUD. ADMIN. 13.

The Court, having examined and fully considered the motion to consolidate, is of the opinion that it should be granted. Accordingly, we GRANT relator's motion to consolidate these original proceedings. The record filed in cause number 13-14-00279-CV shall serve as the consolidated record for each of these proceedings, and these causes will be consolidated for all other purposes.

The Court requests that the real parties in interest, Araceli Cantu, Lizet Martinez, Jason D. Mata, and Ramiro and Rebecca Hernandez, or any others whose interest would be directly affected by the relief sought, file a response to the petitions for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of May, 2014.